**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Paul J Knigge Jr.** | Social Security number or ITIN **xxx−xx−6379** |
| | First Name   Middle Name   Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Alicia M Knigge** | Social Security number or ITIN **xxx−xx−7287** |
| | First Name   Middle Name   Last Name | EIN  _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Northern District of Illinois**

Case number:   **17−81081**

## Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Paul J Knigge Jr.                                         Alicia M Knigge

August 8, 2017                                            **For the court:**   Jeffrey P. Allsteadt, Clerk
                                                                                 United States Bankruptcy Court

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318    **Order of Discharge**    page 2

```
                         United States Bankruptcy Court
                         Northern District of Illinois

In re:                                                      Case No. 17-81081-TML
Paul J Knigge, Jr.                                          Chapter 7
Alicia M Knigge
        Debtors                CERTIFICATE OF NOTICE
District/off: 0752-3      User: cshabez              Page 1 of 2             Date Rcvd: Aug 08, 2017
                          Form ID: 318               Total Noticed: 51


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 10, 2017.
db/jdb          Paul J Knigge, Jr.,    Alicia M Knigge,    3255 S 4th St,    DeKalb, IL  60115-8762
25883662       +A-Tec Ambulance,    340 Commerce Dr,    Crystal Lake IL 60014-3503
25632455        ACFPC Lagrange,    PO Box 7004,    Bolingbrook, IL 60440-7004
25632459        ARM Solutions Inc,    PO Box 2929,    Camarillo, CA 93011-2929
25632456        Adventist Health Parners,    PO Box 7001,    Bolingbrook, IL 60440-7001
25883757        Affiliated Physician Practices,    of Elmhurst Hospital,    27535 Network Pl,
                 Chicago IL 60673-1258
25632457       +Allied Interstate,    PO Box 361445,    Columbus, OH 43236-1445
25632458        Amita Health Medical Group,    PO Box 7001,    Bolingbrook, IL 60440-7001
25883758        Associates of Integrated Medicine,    POB 967,    Tinley Park IL 60477-0967
25632461        Aurora Radiology Consultants-DeKalb,    PO Box 5922,    Hoffman Estates, IL 60179-5922
25883759        Cardiac Surgery Associates,    POB 153,    Channahon IL 60410-0153
25632464       +Citibank,    Centralized Bk/Citicorp Credt Srvs,    Po Box 790040,    St Louis, MO 63179-0040
25883760        City of DeKalb,    POB 457,    Wheeling IL 60090-0457
25632465       +Client Services, Inc.,    3451 Harry S Truman Blvd,    Saint Charles, MO 63301-9816
25632466       +DeKalb CUSD #428,    901 S 4th St,    DeKalb, IL 60115-4411
25883762       +Donald G Flynn DDS,    1177 N Highland Ave Ste 103,    Aurora IL 60506-2200
25632468        Dr Grannan-Manchen-Dechristopher,    340 W Butterfield Rd,    Ste 1-D,    Elmhurst, IL 60126-5047
25883763       +Elgin Lab Physicians,    POB 1509,    Elgin IL 60121-1509
25632470        Jamison Allen DO LLC,    PO Box 3830,    Carol Stream, IL 60132-3830
25632471        Kishwaukee Hospital,    PO Box 739,    Moline, IL 61266-0739
25632473       +Loyola Medicine,    2 Westbrook Corporate Center,    Ste 700,    Westchester, IL 60154-5723
25632474       +Mage & Price,    707 Lake Cook Road,    Deerfield, IL 60015-5613
25632475       +Manav K Salwan MD PC,    2540 Hauser Ross Dr Ste 275,    Sycamore, IL 60178-3178
25632476       +Merchants Credit,    223 W Jackson Blvd,    Ste 700,    Chicago, IL 60606-6914
25632477       +Mohela/Dept of Ed,    633 Spirit Dr,    Chesterfield, MO 63005-1243
25632478       #+Mutual Management Serv,    7177 Crimson Ridge Dr St,    Rockford, IL 61107-6235
25632481       +NES of Ohio,    2479 Edison Blvd Unit A,    Twinsburg, OH 44087-2476
25632479       +Nationstar Mortgage LLC,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
25632480        Nationwide Credit & Collection, Inc,    815 Commerce Dr Ste 270,    Oak Brook, IL 60523-8852
25883764       +OAC,    POB 500,    Baraboo WI 53913-0500
25632483        Physicians Immediate Care,    PO Box 8798,    Carol Stream, IL 60197-8798
25632484        Presence Health,    1643 Lewis Ave Ste 203,    Billings, MT 59102-4151
25632485       +Progressive Financial Services, Inc,    PO Box 22083,    Tempe, AZ 85285-2083
25632488       +RRCA Accounts Management Inc,    Michael A Mellott Esq,    201 E 3rd St,
                 Sterling, IL 61081-3611
25883765       +Riverside Healthcare,    350 N Wall St,    Kankakee IL 60901-2991
25632489        Square One Financial/Cach Llc,    Po Box 5980,    Denver, CO 80127
25632490       +Suburban Neurology Group LLC,    302 Randall Rd Ste 204,    Geneva, IL 60134-4219
25632491        Sunrise Credit Services, Inc.,    PO Box 9100,    Farmingdale, NY 11735-9100
25632493       +Vander Financial Llc,    444 E Hillcrest Dr Ste 1,    Dekalb, IL 60115-2498

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
25632460        EDI: ARSN.COM Aug 09 2017 00:53:00     ARS National Services Inc,    PO Box 469100,
                 Escondido, CA 92046-9100
25632462       +EDI: BANKAMER.COM Aug 09 2017 00:53:00     Bank Of America,    Nc4-105-03-14,    Po Box 26012,
                 Greensboro, NC 27420-6012
25883761       +E-mail/Text: aquist@creditorsprotection.com Aug 09 2017 01:22:18      CPS,    POB 4115,
                 Rockford IL 61110-0615
25632463       +EDI: CHASE.COM Aug 09 2017 00:53:00     Chase Card,    Attn: Correspondence Dept,    Po Box 15298,
                 Wilmington, DE 19850-5298
25632467       +EDI: DISCOVER.COM Aug 09 2017 00:53:00     Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
25632469        E-mail/Text: bankruptcynotification@ftr.com Aug 09 2017 01:22:37      Frontier Communication,
                 19 John St,    Middletown, NY 10940
25632472       +EDI: CBSKOHLS.COM Aug 09 2017 00:53:00     Kohls/Capital One,    Kohls Credit,    Po Box 3043,
                 Milwaukee, WI 53201-3043
25632482       +Fax: 407-737-5634 Aug 09 2017 03:19:26     Ocwen Loan Servicing, Llc,
                 Attn: Research/Bankruptcy,    1661 Worthington Rd Ste 100,    West Palm Bch, FL 33409-6493
25632486       +E-mail/Text: Supportservices@receivablesperformance.com Aug 09 2017 01:22:22
                 Receivables Performance Mgmt,    Attn: Bankruptcy,    Po Box 1548,    Lynnwood, WA 98046-1548
25632487       +E-mail/Text: dbode@ridgeems.com Aug 09 2017 01:20:19      Ridge Ambulance Service,
                 2252 Cornell Ave,    Montgomery, IL 60538-3200
25632492       +EDI: AFFILIATEDGRP.COM Aug 09 2017 00:53:00     The Affiliated Group I,
                 3055 41st St Nw   Ste 100,    Rochester, MN 55901-9013
25632494       +E-mail/Text: BKRMailOps@weltman.com Aug 09 2017 01:20:51      Weltman, Weinberg & Reis,
                 3705 Marlane Dr,    Grove City, OH 43123-8895
                                                                                              TOTAL: 12

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

```
District/off: 0752-3          User: cshabez              Page 2 of 2                  Date Rcvd: Aug 08, 2017
                              Form ID: 318               Total Noticed: 51
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2017                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 8, 2017 at the address(es) listed below:
         James E Stevens    jimstevens@bslbv.com, IL48@ecfcbis.com
         Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
         Stephen A Clark    on behalf of Debtor 1 Paul J Knigge, Jr. sc@clarkbklaw.com,
          sclarkbk@gmail.com;clarkbklaw@gmail.com
         Stephen A Clark    on behalf of Debtor 2 Alicia M Knigge sc@clarkbklaw.com,
          sclarkbk@gmail.com;clarkbklaw@gmail.com
                                                                            TOTAL: 4